# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC LOVRIC,<br>Petitioner,<br>v.<br>WARDEN OF GOLDEN STATE ANNEX FACILITY,<br>Respondent. | Case No. 1:26-cv-07125-KES-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 24, 2026, the Court denied Petitioner's motion for temporary restraining order and referred this matter to the undersigned for further proceedings. (ECF No. 12.)

Accordingly, the Court HEREBY ORDERS that:

1. Within **forty-five (45) days** of the date of service of this order, Respondents may file a response to the petition or a statement that they will rest on the briefs previously submitted with respect to the motion for temporary restraining order;
2. Within **thirty (30) days** of the date of service of Respondents' response, Petitioner may file a reply; and

\\\

\\\

3. If Respondents do not file a response by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated: **November 25, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE